UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANTHONY TAYLOR,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MIRANDA DROLETTE,<br><br>　　　　　Respondent. | No.  2:25-cv-2985 CSK P<br><br><br>ORDER |

　　　　Petitioner is a state prisoner proceeding pro se.  On October 17, 2025, petitioner was informed that he had failed to sign his petition for writ of habeas corpus, and also failed to file an application to proceed in forma pauperis or pay the court's filing fee.  (ECF No. 4.)  Petitioner was granted thirty days to file a signed petition and to submit either an application to proceed in forma pauperis or pay the court's filing fee.  (Id.)  On October 27, 2025, petitioner filed a notice that he intended to amend, and on October 28, 2025, petitioner filed a certified trust account statement.  (ECF Nos. 5, 6.)  However, petitioner has not filed an application to proceed in forma pauperis.  Further, in his notice that he intends to amend, petitioner claims he intends to add the Sacramento County District Attorney's Office as a respondent.  Petitioner is advised that in a petition for writ of habeas corpus, the proper respondent is the Warden of the prison in which petitioner is presently housed.  Fed. R. Civ. P. 25(d); see Brittingham v. United States, 982 F.2d 378, 379 (9th Cir. 1992).  Thus, petitioner need not amend for the sole purpose of adding a

1

<mark>
</mark>
<mark>
</mark>
<mark>
</mark>
<mark>
</mark>

respondent.  Finally, petitioner inquires whether he must file a new writ of habeas corpus in light of this case's transfer from the Fresno Division, and if so, by what deadline.  (ECF No. 5-1.)  This request suggests that petitioner had not yet received the Court's October 17, 2025 order requiring petitioner to file a petition bearing his signature.[1]  Because petitioner's deadline to comply with the Court's October 17, 2025 order has already expired, the Court will sua sponte grant petitioner a brief extension of time to comply.

      Accordingly, IT IS HEREBY ORDERED that petitioner shall file a petition for writ of habeas corpus bearing his signature, along with an application to proceed in forma pauperis, within fourteen days from the date of this order.  Petitioner is cautioned that failure to timely comply with this order will result in a recommendation that this action be dismissed.

Dated:  December 2, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/tayl2985.eot

---

[1] Neither filing by petitioner set forth the date petitioner wrote the document.  (ECF No. 5, 5-1.)  Petitioner is encouraged to date every document he submits to the court for filing, and is reminded that he must sign every document submitted to the court for filing.  See Fed. R. Civ. P. 11(a).