UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANTHONY TAYLOR,<br><br>Petitioner,<br><br>v.<br><br>MIRANDA DROLETTE,<br><br>Respondent. | No. 2:25-cv-2985 DJC CSK P<br><br>FINDINGS AND RECOMMENDATIONS |

By order filed October 17, 2025, petitioner was informed that he failed to sign his habeas application and thirty days' leave to file a signed application, and to file an application to proceed in forma pauperis, was granted. (ECF No. 4.) On December 2, 2025, petitioner was sua sponte granted a fourteen day extension of time to comply with the October 17, 2025 order. Fourteen days have now passed, and petitioner has not submitted a signed habeas petition and an application to proceed in forma pauperis, or responded to the court's order.

In recommending this action be dismissed for failure to prosecute, the Court has considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives." Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted). Because this case cannot move forward without petitioner's participation, the Court finds the factors weigh in favor of

1

1  dismissal.

2  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without
3  prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

4  These findings and recommendations are submitted to the United States District Judge
5  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
6  after being served with these findings and recommendations, petitioner may file written
7  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
8  Findings and Recommendations."  Petitioner is advised that failure to file objections within the
9  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
10 F.2d 1153 (9th Cir. 1991).

12 Dated:  December 19, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

15 /1/tayl2985.fta.hab