UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ANTHONY TAYLOR,

Petitioner,

v.

MIRANDA DROLETTE,

Respondent.

No.  2:25-cv-2985 DJC CSK P

FINDINGS AND RECOMMENDATIONS

Petitioner is a state prisoner proceeding pro se.  By order filed October 17, 2025, petitioner was first informed that he needed to file an application to proceed in forma pauperis or pay the court's filing fee, and was granted thirty days to comply.  (ECF No. 4.)  Following multiple extensions of time, on February 24, 2026, petitioner was granted one final extension of time, fourteen days, to either file an application to proceed in forma pauperis or pay the court's filing fee.  (ECF No. 14.)  Fourteen days have now passed, and petitioner has not filed an application to proceed in forma pauperis or paid the court's filing fee, or responded to the court's order.  In recommending this action be dismissed for failure to prosecute, the Court has considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives."  Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted).  Because this case cannot

1

move forward without petitioner's participation, the Court finds the factors weigh in favor of dismissal.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: March 25, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/tayl2985.fifp

2